981 So.2d 483 (2008)
CITIZENS PROPERTY INSURANCE CORPORATION, Appellant,
v.
Paul C. WILLIS, Appellee.
No. 1D07-5261.
District Court of Appeal of Florida, First District.
February 25, 2008.
Robert Dees of Milam, Howard, Nicandri, Dees & Gillam, P.A., Jacksonville, for Appellant.
James McKenzie of McKenzie & Hall, Pensacola, for Appellee.
PER CURIAM.
REVERSED and REMANDED. See Florida Farm Bureau Cas. Ins. Co. v. Cox, 967 So.2d 815 (Fla.2007).
WOLF, BENTON, and PADOVANO, JJ., concur.